IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

PATRICIA KENNEDY, Individually,

Plaintiff,

v.

Case No.: 2:16-cv-00132-UA-CM

KITE KING'S LAKE, LLC d/b/a King Lake Square, a foreign limited liability company; J P R TRUSTING ENTERPRISE, INC., a Florida corporation; UTOPIA NAIL AND SPA, INC., a dissolved Florida Corporation; THE RESCH KIDS, LLC, a Florida limited liability company; KINGS LAKE HAIR DESIGN, INC., a dissolved Florida corporation; and ASIAN PALACE, INC., a Florida corporation,

Defendants.
_____/

## NOTICE OF DISMISSAL WITHOUT PREJUDICE AS AGAINST DEFENDANT KITE KING'S LAKE, LLC ONLY

Plaintiff, by and through undersigned counsel, hereby dismisses the instant case without prejudice as against Defendant, Kite King's Lake, LLC, only.

FOR THE PLAINTIFF

By: /s/ Thomas B. Bacon
Thomas B. Bacon, Esq.
Thomas B. Bacon, P.A.
644 N. Mc Donald St.
Mt. Dora, FL 32757
ph. (954) 478-7811
tbb@thomasbaconlaw.com

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record this 13th day of April, 2016.

/s/ Thomas B. Bacon