IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

PATRICIA KENNEDY, Individually,

        Plaintiffs,

v.

KITE KING'S LAKE, LLC d/b/a King Lake Square, a foreign limited liability company; J P R TRUSTING ENTERPRISE, INC., a Florida corporation; UTOPIA NAIL AND SPA, INC., a dissolved Florida Corporation; THE RESCH KIDS, LLC, a Florida limited liability company; KINGS LAKE HAIR DESIGN, INC., a dissolved Florida corporation; and ASIAN PALACE, INC., a Florida corporation,

        Defendants.
_____/

Case No.: 2:16-cv-00132-UA-CM

## STIPULATION FOR ORDER OF DISMISSAL OF AMENDED COMPLAINT AS TO DEFENDANT, THE RESCH KIDS, LLC, ONLY, WITH PREJUDICE

      Plaintiff, PATRICIA KENNEDY ("Kennedy"), and Defendant, THE RESCH KIDS, LLC, a Florida limited liability company ("Resch Kids"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims raised, or which could have been raised, in this action by Kennedy against Resch Kids, in their entirety, with prejudice, and with each party to bear their own attorneys' fees and costs. All other remaining claims raised by Kennedy in this action relating to other Defendants shall survive this dismissal.

      DATED this 16th day of August, 2016.

9

| | |
|---|---|
| FINESILVER LAW | GRANT FRIDKIN PEARSON, P.A. |
| By: /s/Aaron Finesilver<br>Aaron Finesilver<br>Florida Bar No. 577022<br>333 S.E. 2nd Ave, Suite 2000<br>Miami, FL 33131<br>Aaron@finesilverlaw.com<br>Telephone: (786) 817-3387<br>Facsimile: (305) 503-7374<br>*Co-Counsel for Plaintiff* | By: /s/ Michael T. Traficante<br>Jeffrey D. Fridkin<br>Florida Bar No. 0490245<br>Michael T. Traficante<br>Florida Bar No. 0028562<br>5551 Ridgewood Drive, Suite 501<br>Naples, Florida 34108<br>mtraficante@gfpac.com<br>jfridkin@gfpac.com<br>lkinder@gfpac.com<br>ktroyer@gfpac.com<br>Telephone: (239) 514-1000<br>Facsimile: (239) 514-0377<br>*Attorneys for Defendant, The Resch Kids, LLC* |
| THOMAS B. BACON, P.A. | |
| By: /s/ Thomas B. Bacon<br>Thomas B. Bacon, Esq.<br>Florida Bar No. 139262<br>644 North McDonald St.<br>Mt. Dora, FL 32757<br>tbb@thomasbaconlaw.com<br>Telephone: (954) 478-7811<br>*Co-Counsel for Plaintiff* | |