UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICIA KENNEDY, Individually,

      Plaintiff,

v.

KITE KING'S LAKE, LLC; J P R TRUSTING
ENTERPRISE, INC.; UTOPIA NAIL AND SPA,
INC.*;* THE RESCH KIDS, LLC; KINGS LAKE
HAIR DESIGN, INC.; ASIAN PALACE, INC.

Case No.  2:16-cv-00132-SPC-CM

    Defendants.

      Defendants.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, pursuant to Local Rule 3.08, hereby submit this Notice of Settlement to notify the Court that the lawsuit has been settled as to Defendant, J ASIAN PALACE, INC., only, and to requests 30 days finalize the settlement document and submit a dismissal.

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this October 3, 2016.

Respectfully submitted,
Attorneys for Plaintiff:

Aaron Finesilver, Of Counsel
Thomas B. Bacon, P.A.
100 N. Biscayne Blvd., Suite 1300
Miami, FL 33131
Telephone: (305) 702-8355
Fax: (305) 503-7374
Aaron@finesilverlaw.com
Florida Bar Number: 577022

By: /s/ Aaron Finesilver
 AARON FINESILVER, ESQ.

Thomas B. Bacon, P.A.
644 North Mc Donald St.
Mt. Dora, FL 32757
ph. (954) 478-7811
tbb@thomasbaconlaw.com
Florida Bar. Id. No. 139262