UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICIA KENNEDY, individually

    Plaintiff,

v.                                                                            Case No:   2:16-cv-132-FtM-38CM

J P R TRUSTING ENTERPRISE,
INC., UTOPIA NAIL AND SPA, INC.,
KINGS LAKE HAIR DESIGN, INC.
and ASIAN PALACE, INC.,

    Defendants.
_____/

**<u>ORDER</u>**[1]

    This matter comes before the Court on review of the responses (Docs. #61, #62, #63) to the Court's Order to Show Cause (Doc. #56) entered on September 30, 2016. Specifically, the Court's Order required the Parties to show cause in writing (1) why they failed to comply with the Court's Case Management and Scheduling Order by failing to submit a mediation report, (2) why Plaintiff Patricia Kennedy's claims against Utopia Nail and Spa, Inc. ("Utopia") and Kings Lake Hair Design, Inc. ("Kings Lake") should not be dismissed for failure to effectuate service of process, and (3) why Kennedy's claim against Asian Palace, Inc. should not be dismissed for failure to prosecute.

    As to the Parties' failure to comply with the Court's Case Management and Scheduling Order, the Court finds the responses satisfactory, in that Kennedy was able

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

to reach fruitful settlements with the properly served parties prior to the mediation deadline. Furthermore, Kennedy contemporaneously filed notices of settlement with JPR Trusting Enterprise (Doc. #57), and Asian Palace, Inc. (Doc. #59).  The Court is satisfied with the Parties' explanation of this issue, and as to these grounds, the Court will take no further action regarding its Order (Doc. #56).

Conversely, the Court finds no merit in Kennedy's argument regarding its failure to effectuate service of process upon Utopia or King's Lake.  Federal Rule of Civil Procedure (4)(m) states that, "[i]f a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." *Id.*  Given that the Complaint in this matter was served on February 16, 2016, Kennedy's deadline to properly serve the Defendants was May 16, 2016.   Bafflingly, nearly five (5) months after this deadline, and after its defective service on Utopia was rejected by the Court (Doc. #51 at 4), Kennedy still has questions about its defective service on Utopia, and makes no attempt at all to argue why Kings Lake has not been served.  Kennedy also requests an extension of time until October 31, 2016 to effectuate service. The Court finds no reason to grant such a request, and instead finds that because neither Utopia nor King's Lake have been served, the claims against them should properly be dismissed. *See* Fed. R. Civ. P. (4)(m).

Finally, upon review of Notice of Settlement that Kennedy submitted in regards to her claims against Asian Palace, Inc. (Doc. #59), the Court will take no further action in regards to dismissal of Kennedy's claim against same for failure to prosecute.

Accordingly, it is now

**ORDERED:**

1. Kennedy's claims against Utopia Nail and Spa, Inc. and Kings Lake Hair Design, Inc. are hereby **DISMISSED** without prejudice for failure to effectuate timely service. The claims against the other defendants remain active.

2. The Clerk of Court is directed to terminate Defendants Utopia Nail and Spa, Inc. and Kinds Lake Hair Design, Inc. from this action.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of October, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record